UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JASPER

    Plaintiff,

v.

Case No. 09-11119
Hon. Lawrence P. Zatkoff

FORD MOTOR COMPANY,
INTERNATIONAL UNION, UNITED
AUTOMOBILE AEROSPACE AND
AGRICULTURAL WORKERS OF
AMERICA, and UAW LOCAL 600,

    Defendants.
_____/

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to this Court's opinion and order dated October 22, 2010, Plaintiff's action is DISMISSED WITH PREJUDICE.

Dated at Port Huron, Michigan, this 22nd day of October, 2010.

                DAVID J. WEAVER
                CLERK OF THE COURT

    BY:    S/Marie E. Verlinde
           Marie E. Verlinde
           Case Manager

APPROVED:

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE